UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAWRENCE JOHN KELLER, ) | |
|         Petitioner, ) | Case No. C06-1501-RSL-JPD |
| v. ) | |
| ROB McKENNA, ) | ORDER DISMISSING CASE |
|         Respondent. ) | |

On October 16, 2006, petitioner Lawrence John Keller filed a proposed 28 U.S.C. § 2254 petition for writ of habeas corpus. Dkt. No. 1. By order dated November 11, 2006, this Court declined to serve the petition because it failed to name a proper respondent. Dkt. No. 3. The Court granted petitioner leave to amend this deficiency by December 14, 2006. *Id.* After failing to file an amended petition or otherwise contact the Court, the Court ordered petitioner to show cause why his case should not be dismissed. Dkt. No. 6. He was to do so no later than Friday, January 19, 2007. Petitioner failed to provide such cause and, to date, has not contacted the Court. Accordingly, the Court ORDERS as follows:

    (1)    Petitioner's proposed 28 U.S.C. § 2254 petition for writ of habeas corpus (Dkt. No. 1) is DENIED and his case is DISMISSED without prejudice.

    (2)    The Clerk is directed to send a copy of this Order to petitioner and to the

ORDER DISMISSING CASE
PAGE - 1

Honorable James P. Donohue, United States Magistrate Judge.

DATED this 1st day of February, 2007.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Recommended for entry this
1st day of February, 2007.

/s/  JAMES P. DONOHUE
United States Magistrate Judge

ORDER DISMISSING CASE
PAGE - 2